IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL FERGIN, and ACE AMERICAN INSURANCE CO., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTROCK COMPANY f/k/a ROCKTENN; MAGNUM LTL, INC.; XPO f/k/a/ JACOBSON WAREHOUSE COMPANY, INC.; and MAGNUM DEDICATED, INC., <br><br> Defendants. | 8:16CV26 <br><br> **ORDER** |

This court's order dated April 2, 2018, (Filing No. 170)[1] granted WestRock Company a reasonable amount of attorney's fees incurred in filing its motion to compel (Filing No. 110), pursuant to Fed. R. Civ. P. 37(a)(5)(A). WestRock and the Magnum defendants met and conferred and filed a Stipulation (Filing No. 195), as ordered by the Court. The Court has reviewed the stipulation and finds the stipulated amount of $4,233.00 is a reasonable amount for attorney's fees and costs incurred in WestRock filing the motion to compel. Accordingly,

**IT IS ORDERED:**

1. The Stipulation of Defendants WestRock and Magnum (Filing No. 195) is approved.

2. Defendants Magnum LTL, Inc., and Magnum Dedicated, Inc., shall submit payment to WestRock in the amount of $4,233.00 via check payable to the order of WestRock and delivered to counsel for WestRock on or before August 10, 2018.

DATED this 10th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] Chief Judge Smith Camp overruled the Magnum defendants' objection to the Order on June 15, 2018. (Filing No. 188).