IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL FERGIN, and ACE AMERICAN INSURANCE CO., <br><br> Plaintiffs, <br><br> vs. <br><br> MAGNUM LTL, INC., XPO, and MAGNUM DEDICATED, INC., <br><br> Defendants. | 8:16-CV-26 <br><br> JUDGMENT |

This matter is before the Court on the parties' Final Stipulation for Dismissal. Filing 249. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 11th day of August, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge